# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ARTHELUS PAUL TROUT, #12692-035**            **PETITIONER**

**VERSUS**            **CIVIL ACTION NO. 5:08-cv-335-DCB-MTP**

**BRUCE PEARSON, Warden**            **RESPONDENT**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the ___16th___ day of ___April___, 2009.

           ___s/ David Bramlette___
           UNITED STATES DISTRICT JUDGE